IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

DONTE LEE THOMAS,

    Plaintiff,

v.

STATE OF GEORGIA PROBATION AND PAROLE SERVICES; ROCHELLE HOWIE, Probation Officer; COFFEE COUNTY STATE PROBATION; EUGENE PAULK, South Central Task Force officer; ANTONIO WARD, Task Force Officer; JOHN DOE, Task Force Officer; and GEORGIA BUREAU OF INVESTIGATION,

    Defendants.

CIVIL ACTION NO.: CV510-014

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED**, pursuant to 28 U.S.C.A. §§ 1915 (e)(2)(B)(ii) and 1915A(b). The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this ___ day of _____, 2010.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)